# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RASHUN JOHNSON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| VS. | : | |
| | : | NO. 5:25-CV-00411-CAR-CHW |
| **Sheriff MATTHEW MOULTON,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER

*Pro se* Petitioner Rashun Johnson filed a petition for federal habeas corpus relief while an inmate in the Houston County Detention Center in Perry, Georgia. ECF No. 1. On October 22, 2025, Petitioner was ordered to recast his complaint and provided instructions on how to do so. ECF No. 4. Petitioner was also ordered to submit a certified inmate account statement in support of his request to proceed without payment of the filing fee. *Id*. Petitioner was given fourteen (14) days to comply with the Court's order and was informed that failure to comply could result in dismissal of this action. *Id*. Petitioner failed to respond.

Therefore, on November 21, 2025, the Court notified Petitioner that he failed to respond to an order of the Court. ECF No. 7. Petitioner was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. *Id*. The Court informed Petitioner that this action could be dismissed if he failed to respond to the order to show cause. *Id*. Petitioner was given fourteen (14) days to respond. Petitioner

has failed to respond.

Moreover, mail sent by the Court to the Petitioner has been returned suggesting that he is no longer incarcerated in the Houston County Detention Center. *See* ECF Nos. 6 and 7. A review of the Houston County Detention Center online inmate database reveals that Petitioner was released from the custody of the Houston County Detention Center some time before November 15, 2025 and has remained out of their custody as of December 15, 2025. *See* https://houston-so-ga.zuercherportal.com/#/inmates (search for "Johnson, Rashun", last visited December 15, 2025); https://perma.cc/67BC-TYX2. Petitioner was previously instructed that he must immediately inform the Court in writing of any change in his mailing address. *See* ECF No. 4 at 4. Petitioner has failed to notify the Court of his current address.

Due to Petitioner's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 16th day of December, 2025.

                                              s/ C. Ashley Royal
                                              C. ASHLEY ROYAL, JUDGE
                                              UNITED STATES DISTRICT COURT